ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2020

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

ETHAN B. MURPHY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  ethan.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PO. NO.  **PO20-00035 RT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | INFORMATION |
| vs. | ) | 18 U.S.C. § 13; |
| | ) | H.R.S. § 291E-61(a)(1)&(3) |
| | ) | |
| LUIS A. CRUZ, | ) | |
| | ) | Citation No.: 9488339/H-10 |
| Defendant. | ) | |
| | ) | A & P Date:  FEB 25 2020 |

INFORMATION

The United States Attorney charges that:

On or about January 2, 2020, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, LUIS A. CRUZ, defendant herein, did intentionally, knowingly, and recklessly assume actual physical control of a vehicle on a public way, street, road, or highway with .08 or more grams of

alcohol per two hundred ten liters of breath, in an amount sufficient to impair his normal mental faculties or ability to care for himself and guard against casualty.

All in violation of Hawaii Revised Statute 291E-61(a)(1)&(3), a Federal offense pursuant to Title 18, United States Code, Section 13.

DATED: _____ FEB 11 2020 _____, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By _____
ETHAN B. MURPHY
Special Assistant U.S. Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. LUIS A. CRUZ
PO. NO.
Citation No.: 9488339/H-10
"INFORMATION"

PO20-00035 RT