AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
           Sheet 1

# UNITED STATES DISTRICT COURT

For the District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** -- Short Form |
| v. | |
| Luis A. Cruz | Case No.    1:20-po-00035-RT-1 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
***Aug 25, 2020***
Michelle Rynne, Clerk of Court

Alexander Silvert, FAFD
Defendant's Attorney

## THE DEFENDANT:

☒    **THE DEFENDANT** pleaded guilty to count(s)        1 of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13; H.R. S. § 291-12; Citation No. 8072386/H-10 | Inattention to Driving | January 2, 2020 | 1 |

☐    Count(s) _____    ☐ is    ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Processing Fee | Fine |
|---|---|---|---|
| Total:  $ 105.00 | $ 5.00 | $ 0.00 | $100.00 |

August 25, 2020
Date of Imposition of Judgment



Rom A. Trader
United States Magistrate Judge

August 25, 2020
Date